UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

ANTHONY CAMILO and LUIS SANCHEZ,
on behalf of themselves, FLSA Collective
Plaintiffs and the Class,

              **Plaintiffs,**

              Case No. 12-cv-8097

      -against-

SERVICES MANGIA, INC.,
MANGIA 23RD STREET, LLC,
MANGIA 57, INC., SASHA MUNIAK,
and JOANNA [LAST NAME UNKNOWN],

              **Defendants.**

---------------------------------

## DECLARATION OF LUIS SANCHEZ

    I, LUIS SANCHEZ, under penalty of perjury, affirm as follows:

    1.    I was employed by Defendants as a delivery person from in or about May 15, 2012 until on or about June 11, 2012 at Defendants' restaurant "Mangia" located at 16 East 48th Street, New York, New York, 10017. At all times during my employment I was a tipped employee. While employed by the Defendants, I observed that other employees did work that was the same or similar to the work I did.

    2.    During my employment with Defendants, I was often sent to Defendants' other restaurant locations (50 West 57th Street and 22 West 23rd Street) to collect inventory for use at Defendants' East 48th Street location.

    3.    During my employment with Defendants, I was paid a regular hourly rate of

$5.00.

4.    During my employment for Defendants, I was not paid the statutory minimum wage. In addition, I personally observed that it is Defendants' policy to pay below the statutory minimum wage rate to all tipped employees.

5.    During my employment for Defendants, I was not paid the proper statutory overtime rate of one and one-half times the prevailing minimum wage rate for all hours worked over 40 hours per week.

6.    I worked in excess of 40 hours per week but was not properly paid when I worked overtime. I personally observed that it was Defendants' policy to not pay one and one-half times the prevailing minimum wage for hours worked in excess of 40 hours a week with respect to all non-exempt employees.

7.    During my employment for Defendants, they improperly withheld tips earned by me. Defendants had a common policy of withholding tips earned by tipped employees at all three Mangia restaurants.

8.    During my employment, Defendants also failed to provide me with proper written notice my regular pay rate, my overtime-hourly rate, the hours that I worked and other information required under law. I observed that it was Defendants' policy at all three Mangia restaurants to not provide proper written wage notice to tipped employees.

9.    During my employment, I was required to regularly engage in long periods of non-tipped activities exceeding 20% of my workday. Specifically, I was required to collect inventory from Defendants' two other restaurant locations, and I was required to stay after my scheduled workday to clean utensils for up to 2 hours, up to 3 times per week. I was never paid for these extra cleaning hours after my shift. I observed that other non-exempt employees were

also required to work extra hours past their regular work schedule (exceeding 20% of their workday) and were not paid for these hours.

10. During my employment for Defendants, I observed that accurate time records were not kept by Defendants due to Defendants' policy of time-shaving. Specifically, Defendants did not record the time spent after my shift cleaning utensils. I observed that it is Defendants policy to not keep accurate records when non-exempt employees were required to work after their shifts ended.

11. No conflicts or controversies exist between myself and any prospective class claimants.

12. I agree to act as a class representative and am of sound mind and body.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York
        1-2         , 20 13

_____
LUIS SANCHEZ

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

SWORN AND SUSCRIBED before me this __2nd__ day of __January__, 20 13.

_____
NOTARY PUBLIC, STATE OF NEW YORK

```
ANNE SEELIG-SUHRCKE
Notary Public, State of New York
No. 02SE6113610
Qualified in New York County
Commission Expires 08-02-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

ANTHONY CAMILO and LUIS SANCHEZ,
on behalf of themselves, FLSA Collective
Plaintiffs and the Class
                **Plaintiffs,**

              -against-                    Case No. 12-cv-8097

SERVICES MANGIA, INC
MANGIA 23RD STREET, LLC,
MANGIA 57, INC., SASHA MUNIAK,
and JOANNA [LAST NAME UNKNOWN],

                **Defendants.**

------------------------------------

### DECLARACIÓN DE LUIS SANCHEZ

Yo, LUIS SANCHEZ, bajo pena de perjurio, afirmo lo siguiente:

1. Yo fui empleado por los Demandados como un repartidor más o menos desde Mayo 15, 2012 hasta más o menos Junio 11, 2012 en el restaurante de los Demandados "Mangia" localizado en 16 East 48th Street, Nueva York, NY 10017. En todo momento durante mi empleo por los Demandados, yo era un empleado que recibia propinas. Mientras fui empleado por los Demandados, observé que otros empleados hacian trabajo que era igual o similar al trabajo que yo hacía.

2. Durante mi empleo con los Demandados, frecuentemente fui mandado a los otros dos locales del restaurante de los Demandados "Mangia" (50 West 57th Street and 22 West 23rd Street) para colectar inventario para el uso en el restaurante de los Demandados localizado en East 48th Street.

3. Durante mi empleo con los Demandados, fui pagado una tarifa regular por hora de $5.00 dólares.

4. Durante mi empleo con los Demandados, no fui pagado el salario mínimo legal. También, personalmente observé que es la política de los Demandados pagar menos del salario minimo legal a todos los empleados que reciben propinas.

5. Durante mi empleo para los Demandados, no fui pagado la tarifa adecuada de tiempo y medio de la tarifa regular vigente por todas las horas trabajadas en exceso de las 40 horas semanales.

6. Trabaje en exceso de 40 hora por semana, pero no fui pagado adecuadamente cuando trabajaba horas extras. Observé personalmente que era la politica de los Demandados no pagar las horas extras a tiempo y medio por las horas tabajadas en exceso de 40 horas por semana con respecto a todos los empleados no-exento.

7. Durante mi empleo para los Demandados, ellos indebidamente retuvieron las propinas que yo ganaba. Los Demandados tenían una política común de retener las propinas que ganaban los empleados no-exento en los tres restaurantes Mangia.

8. Durante mi empleo, los Demandados no me proporcionaron los avisos por escrito apropriado con informacion de mi tarifa regular, mi tarifa de horas extras, las horas que he trabajado y otra información requerida bajo la ley. Observé que era la política de los Demandados en los tres restaurantes Mangia no proporcionar los avisos de salario apropriados a los empleados que reciben propinas.

9. Durante mi empleo, fui obligado trabajar por largo tiempo en actividades adonde no recibia propinas regularmente en exceso de 20% de mi dia laboral. Específicamente, estaba requerido buscar inventario a los otros dos locales del restaurante de los Demandados, y estaba obligado a quedarme después de mi horario de trabajo para limpiar utensilio por hasta 2 horas,

hasta tres veces por semana. Nunca me pagaron por las horas extras de limpieza después de mi horario de trabajo. Observe que otros empleados no-exentos estaban obligados a trabajar horas extras en exceso de sus horarios de trabajo (superando los 20% del dia laboral) y no fueron pagados por esas horas.

10. Durante mi empleo, yo observé que el tiempo trabajado por los empleados no era refleccionado correctamente en el sistema del mantenimiento de horas de los Demandados por su politica de reducir tiempo a todos los empleados no-exentos. Específicamente, los Demandados no anotaban el tiempo después de mi horario de trabajo en que limpiaba los utensilios. Observé que es la política de los Demandados no anotar apropiadamente cuando los empleados no-exento estan obligados trabajar horas extras despues de su horario de trabajo.

11. No existen conflictos ni controversias entre yo yo y ningún miembro potencial de la clase.

12. Estoy de acuerdo en actuar como un representante de la clase y estoy de cuerpo y mente sana.

**[RESTO DE LA PÁGINA DEJADO EN BLANCO A PROPOSITO]**

Yo afirmo, bajo pena de perjurio, que la información anterior es verdadera y correcta.

Fechado: Nueva York, Nueva York

\_\_\_\_\_1- 2\_\_\_\_\_, 20 13

_____
LUIS SANCHEZ

ESTADO DE NUEVA YORK     )
                         )SS:
CONDADO DE NUEVA YORK    )

JURADO Y SUSCRITO ante mi este 2nd dia de January, 2013.

_____
NOTARIO PUBLICO, DEL ESTADO DE NUEVA YORK

ANNE SEELIG-SUHRCKE
Notary Public, State of New York
No. 02SE6113610
Qualified in New York County
Commission Expires 08-02-2016