UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANTHONY CAMILO, and LUIS SANCHEZ, on behalf of themselves, FLSA collective Plaintiffs and the Class,

                                 Plaintiffs,

                    -against-

SERVICES MANGIA, INC., MANGIA 23RD STREET LLC, MANGIA 57, INC., SASHA MUNIAK, and JOANNA [Last Name Unknown],

                                Defendants.

---------------------------------------------------------------X

Civil Case No.: 12 CV 8097

Furman, J.

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, SERVICES MANGIA, INC., hereby represents that SERVICES MANGIA, INC., is not publicly traded and has no parent corporation which is publicly traded.

                                Respectfully submitted,

                                JACKSON LEWIS LLP
                                *ATTORNEYS FOR DEFENDANTS*
                                666 Third Avenue, 29th Floor
                                New York, New York 10017
                                (212) 545-4000

                    By:    s/ Richard I. Greenberg
                                RICHARD I. GREENBERG, ESQ.
                                NOEL P. TRIPP, ESQ.
                                DANIEL J. JACOBS, ESQ.

Dated: Melville, New York
        February 11, 2013