UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANTHONY CAMILO, and LUIS SANCHEZ, on behalf of themselves, FLSA collective Plaintiffs and the Class,

                              Plaintiffs,

      -against-

SERVICES MANGIA, INC., MANGIA 23RD STREET LLC, MANGIA 57, INC., SASHA MUNIAK, and JOANNA [Last Name Unknown],

                              Defendants.

------------------------------------------------------------X

Civil Case No.: 12 CV 8097

Furman, J.

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, MANGIA 23RD STREET LLC, hereby represents that MANGIA 23RD STREET LLC, is not publicly traded and has no parent corporation which is publicly traded.

                              Respectfully submitted,

                              JACKSON LEWIS LLP
                              *ATTORNEYS FOR DEFENDANTS*
                              666 Third Avenue, 29th Floor
                              New York, New York  10017
                              (212) 545-4000

                   By:  _s/ Richard I. Greenberg_
                          RICHARD I. GREENBERG, ESQ.
                          NOEL P. TRIPP, ESQ.
                          DANIEL J. JACOBS, ESQ.

Dated: Melville, New York
       February 11, 2013