CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT

I am currently or was formerly employed by SERVICES MANGIA, INC., MANGIA 23RD STREET LLC, MANGIA 57, INC. and/or SASHA MUNIAK and/or related entities/ individuals. I consent to be a plaintiff in an action to collect unpaid wages. Unless I retain separate counsel within 30 days of my execution of this consent form, I agree that I am bound by the terms of the Retainer Agreement, the agreement the Plaintiffs made with their attorneys, signed by the named plaintiff in this case.

By signing and returning this consent form, (please check the appropriate box):

- [x] I hereby designate representative Plaintiffs Anthony Camilo and Luis Sanchez, and Plaintiffs' attorneys Lee Litigation Group, PLLC ("Lee Litigation Group") to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement.

- [ ] I hereby agree to participate in this lawsuit and will retain a separate counsel (together with Lee Litigation Group, "Plaintiffs' Attorneys") within 30 days of my execution of this consent form. Should I fail to retain a separate counsel within 30 days, I hereby waive my right to do so and agree to designate representative Plaintiffs Anthony Camilo and Luis Sanchez, and Lee Litigation Group to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement.

I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf by the representative Plaintiffs, any other representative Plaintiffs to be determined thereafter and Plaintiffs' Attorneys. I understand that reasonable costs expended by Plaintiffs' Attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Attorneys will petition the Court to award them attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

Mario D. Herrera
Full Legal Name (Print)

_/s/_
Signature

3/31/13
Date

In order to make an FLSA claim in the lawsuit, fill out this form, sign it, and deliver it via email, fax, mail or overnight mail so that it can be filed with the Court on or before **May 6, 2013**, via email, fax, mail or overnight mail to:

C. K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
212-465-1180
212-465-1181 (fax)
Email: cklee@leelitigation.com